IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHUOLJOCK TAP LIA, | ) | |
| | ) | |
| Petitioner, | ) | 4:07CV3046 |
| | ) | |
| v. | ) | |
| | ) | |
| BRENDA LEUCK, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the court on its own motion. On June 8, 2007, this court ordered Plaintiff to either amend the petition in this matter or move for voluntary dismissal no later than July 6, 2007. (Filing No. 9.) The court cautioned Plaintiff that failure to take either action would result in an order to show cause. *Id.* As of the date of this order, Plaintiff has not filed an amended petition nor has he filed a motion for voluntary dismissal.

IT IS ORDERED THAT:

1. Plaintiff was previously ordered to file an amended petition or a motion for voluntary dismissal no later than July 6, 2007.

2. Plaintiff has not filed an amended petition or a motion for voluntary dismissal.

3. Plaintiff shall have until October 4, 2007 to show cause why this case should not be dismissed for failure to prosecute this action diligently. In the absence of cause shown, this case will be dismissed without prejudice and without further notice.

4. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: October 4, 2007: show cause deadline for failure to prosecute.

September 4, 2007              BY THE COURT:


                                            s/ Joseph F. Bataillon
                                            Chief United States District Judge