IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHUOLJOCK TAP LIA, | ) | 4:07CV3046 |
| Petitioner, | ) ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| BRENDA LEUCK, | ) ) | |
| Respondent. | ) ) ) | |

    This matter is before the court on its own motion. On June 8, 2007, this court ordered Plaintiff to either amend the petition in this matter or move for voluntary dismissal no later than July 6, 2007. (Filing No. 9.) The court cautioned Plaintiff that failure to take either action would result in an order to show cause. *Id.* Plaintiff was given additional time to comply with this court's order. (Filing No. 22.) Plaintiff has taken no action and this case will therefore be dismissed without prejudice for failure to prosecute diligently and for failure to comply with the court's orders. Plaintiff remains responsible for the entire filing fee in this matter.

    IT IS ORDERED THEREFORE that:

    1.    This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

    2.    A separate judgment will be entered in accordance with this memorandum and order.

    3.    Plaintiff remains responsible for payment of the full filing fee in this matter.

October 16, 2007.        BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            Chief United States District Judge